UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:15-CR-334-BO-1

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | **ORDER TO SEAL** |
| TENDAI MUNYARADZI MAKONI | |

Upon motion of the Defendant, for good cause shown, it is hereby ORDERED that Defendant's filing at docket entry no. 192 be sealed until further order of the court.

It is further ORDERED that the Clerk of Court provide a filed copy of the filing at docket entry no. 192 to counsel for all parties.

SO ORDERED.

This the 31 day of January 2017.

_____
The Honorable Terrence W. Boyle
United States District Judge